**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6140**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RAPHAEL MENDEZ,

        Respondent - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:91-hc-00350-BR)

---

Submitted: April 21, 2016        Decided: April 26, 2016

---

Before WILKINSON, KING, and KEENAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Raphael Mendez, Appellant Pro Se. Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert J. Dodson, Special Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina; David T. Huband, Michael Lockridge, Special Assistant United States Attorney, BUREAU OF PRISONS, Butner, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raphael Mendez appeals the district court's order denying his motion to remove his attorney. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mendez, No. 5:91-hc-00350-BR (E.D.N.C. Jan. 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED